IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL REED MARTZ                                                                    PLAINTIFF

v.                                                                        CASE NO. 3:13cv114-NBB-JMV

MISSISSIPPI ARMY NATIONAL GUARD                                            DEFENDANT

**ORDER DENYING MOTION TO STRIKE
AND CLARIFYING STAY ORDER**

Before the court is Defendant Mississippi Army National Guard's Motion to Strike Amended Complaint [13]. For the reasons stated in Plaintiff's Response [15] to Defendant's Motion to Strike, the instant motion is hereby DENIED. Additionally, for the sake of clarity, the court's May 20, 2013 Miss. Unif. Civ. L. R. 16(b)(3)(B) & (C) Order Staying Certain Proceedings [7] is vacated only to the extent that it is inconsistent with the express language of said local rule which "stays [only] the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, . . . ."

Finally, Defendant is hereby granted fourteen (14) days from this date to file an amended motion to dismiss or other responsive pleading to the amended complaint.

SO ORDERED this, the 20th day of June, 2013.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE